UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MEDICAL & CHIROPRACTIC CLINIC, INC.,

    Plaintiff,

v.                                    Case No: 8:16-cv-3462-T-36AAS

STYMCO TECHNOLGIES, LLC and
JOHN DOES 1-5,

    Defendants.
_____/

## O R D E R

Before the Court is the Plaintiff's Notice of Voluntary Dismissal (Doc. 8). In accord with the Notice of Voluntary Dismissal, it is **ORDERED AND ADJUDGED** as follows:

1)     The Notice of Voluntary Dismissal is **APPROVED** (Doc. 8).

2)     This cause is dismissed, without prejudice.

3)     The Clerk is directed to terminate any pending motions and deadlines and **CLOSE** this case.

**DONE AND ORDERED** in Tampa, Florida on January 3, 2017.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record